IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Rose Marie Killian,                    )    Civil Action No.: 8:12-921-MGL
                                       )
                    Plaintiff,         )
                                       )
            v.                         )    **OPINION AND ORDER**
                                       )
Carolyn W. Colvin,[1]                  )
Acting Commissioner of Social Security,)
                                       )
                    Defendant.         )
_____        )

This matter is before the court for review of the Report and Recommendation of

United States Magistrate Judge Jacquelyn D. Austin made in accordance with 28 U.S.C.

636(b)(1)(B) and Local Civil Rule 73.02 for the District of South Carolina.  Plaintiff Rose

Marie Killian ("Plaintiff") brought this action seeking judicial review of the final decision of

the Commissioner of Social Security ("Commissioner") denying Plaintiff's claim for

Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI").

On August 16, 2013, the Magistrate Judge issued a Report and Recommendation

in which she determined that the Commissioner's decision was not supported by

substantial evidence.  (ECF No. 25.)  Accordingly, the Magistrate Judge recommended

that the case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C.

§ 405(g) because she could not "conclude that substantial evidence supports the

[Administrative Law Judge's] finding that Plaintiff's impairments do not significantly limit at

least some of her basic work-related activities."  (ECF No. 25 at 21.)  Plaintiff filed no

---

[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February
14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin
should be substituted for Michael J. Astrue as Defendant in this lawsuit.

objections to the to the Report and Recommendation. On August 30, 2013, the Commissioner filed "Defendant's Notice of Not Filing Objections to the Report and Recommendation of Magistrate Judge." (ECF No. 27.)

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to him with instructions. 28 U.S.C. § 636(b)(1). In the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir.2005).

The court has carefully reviewed the record and concurs in the recommendation of the Magistrate Judge. The court adopts the Report and Recommendation and incorporates it herein by reference. The decision of the Commissioner to deny benefits is **reversed** and the action is **remanded** under sentence four of 42 U.S.C. § 405(g) for further administrative action consistent with this order and the Report and Recommendation.

**IT IS SO ORDERED**.

/s/ Mary G. Lewis
United States District Judge

September 10, 2013
Spartanburg, South Carolina